# CERTIFICATE OF SERVICE

The undersigned, as attorney for Plaintiff, hereby states that a true and correct copy of the foregoing document has been properly served via process server on the following individuals:

**METHACTON SCHOOL DISTRICT**
1001 Kriebel Mill Road
Eagleville, Pennsylvania 19403

**THE WEITZ FIRM, LLC**

Dated: November 9, 2017            By:    /s/ Eric H. Weitz
                                          **Eric H. Weitz, Esquire**
                                          *Counsel for Plaintiffs*

Case# 2017-26591-2 Docketed at Montgomery County Prothonotary on 11/09/2017 4:03 PM, Fee = $0.00